AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
David Evan Smither

Defendant

)
)
)
)
)
)
)

Case: 1:23-mj-00338
Assigned To : Harvey, G. Michael
Assign. Date : 12/6/2023
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* David Evan Smither,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) ;
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building or Grounds) ;
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building) .

Date: 12/06/2023

Digitally signed by G. Michael Harvey
Date: 2023.12.06 11:01:51 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Honoarble G. Michael Harvey,
*United States Magistrate Judge*

---

**Return**

This warrant was received on (date) 12/7/2023, and the person was arrested on (date) 12/7/2023
at (city and state) Lexington KY.

Date: 12/7/2023

*Arresting officer's signature*

William J Jackson Det
*Printed name and title*